Robert A. Bailey (#214688)
  rbailey@afrct.com
Dean A. Reeves (#150558)
  dreeves@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
  CAMPBELL & TRYTTEN LLP
199 South Los Robles Avenue, Suite 600
Pasadena, California  91101- 2459
Tel: (626) 535-1900 | Fax: (626) 577-7764

Attorneys for Defendant
WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB ("Wells Fargo") (erroneously sued separately as "Wells Fargo Bank, N.A." and "World Savings Bank, FSB")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| CESARIO OCAMPO & AURA OCAMPO,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. BANCORP a Parent Company of U.S. Bank National Association trustee for Mortgage Loan Asset-Backed Certificate, Series 2005-WMC1; WELLS FARGO BANK, N.A.; WORLD SAVINGS BANK, FSB; ALL PERSONS CLAIMING BY, THROUGH, OR UNDER SUCH PERSON, OR PERSONS, ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN REAL PROPERTY DESCRIBED IN THIS COMPLAINT AS "3718 BRUNSWICK COURT SOUTH SAN FRANCISCO, CA 94080," ADVERSE TO THE PLAINTIFFS' TITLE THERETO, OR ANY CLOUD ON PLAINTIFFS' TITLE THERETO and DOES 1 THROUGH·100, INCLUSIVE,<br><br>Defendants. | CASE NO.:  3:11-cv-04646-JSC<br><br>[Assigned to the Hon. Jacqueline S. Corley, Magistrate Judge, Ctrm. F – 15th Floor]<br><br><br><br>**CERTIFICATE OF SERVICE OF REMOVAL-RELATED DOCUMENTS** |

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the following documents entitled:

1. *Court-conformed* Notice of Removal by Defendant Wells Fargo
2. *Court-conformed* Declaration of Wanda Wright in Support of Removal
3. *Court-conformed* Certification and Notice of Interested Parties
4. *Court-conformed* Civil Cover Sheet
5. U.S. District Court Northern California ECF Registration Information Handout
6. Notice of Assignment of Case To A United States Magistrate Judge For Trial
7. Consent to Proceed Before A United States Magistrate Judge
8. Declination to Proceed Before A United States Magistrate Judge and Request for Reassignment to a United States District Judge
9. Order Setting Initial Case Management Conference and ADR Deadlines
10. Civil Standing Order For Magistrate Judge Jacqueline Scott Corley
11. Welcome to the U.S. District Court *San Francisco Office Hours (2 page informational pamphlet)*

on all interested parties in said case addressed as follows:

**Served By Means Other Than The Court's CM/ECF System:**

*Plaintiffs, Pro Se:*

Cesario Ocampo
Aura Ocampo
3718 Brunswick Court
South San Francisco, CA 94080

☒ **BY MAIL:** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Pasadena, California, in sealed envelopes with postage fully thereon.

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Pasadena, California, on **September 21, 2011.**

| Dorothy Pandy | */s/ Dorothy Pandy* |
|---|---|
| Print Name | Signature |