UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Cesario Ocampo, et al.,

       Plaintiff(s),

  v.

U.S. Bancorp, et al.,

       Defendant(s).
_____/

No. C11-4646 JSC

NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

  **[X]**  (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

        (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

The **CASE MANAGEMENT CONFERENCE** previously scheduled for **January 5, 2012 at 1:30 p.m.** on Magistrate Judge Jacqueline Scott Corley's calendar is **VACATED.**

Dated: September 26, 2011

                                      Richard W. Wieking, Clerk
                                      United States District Court

                                        _____
                                        By: Ada Means, Deputy Clerk

cc: Intake