IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESARIO OCAMPO,<br><br>    Plaintiff,<br><br>  v.<br><br>US BANCORP, et. al.,<br><br>    Defendants.                              / | No. C 11-04646 CRB<br><br>**ORDER TO SHOW CAUSE** |

Defendants filed a Motion to Dismiss Plaintiff's Complaint on September 26, 2011. Dkt. 11. Per Local Rule 7-3(a) Plaintiff's Response was due by Monday, October 11, 2011. As of this date no Response has been filed. Thus, the Plaintiff is ORDERED TO SHOW CAUSE by **Friday, October 21, 2010** demonstrating why this action should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff must also submit at that time any materials he wishes the Court to consider in opposition to the Motion to Dismiss.

**IT IS SO ORDERED.**

Dated: October 14, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\4646\Order to Show Cause.wpd