IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESARIO OCAMPO,<br><br>    Plaintiff,<br><br>v.<br><br>US BANCORP, et al.,<br><br>    Defendants.                    / | No. C 11-04646 CRB<br><br>**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE AND COMPLY WITH ORDER TO SHOW CAUSE** |

Defendants filed a Motion to Dismiss Plaintiff's Complaint on September 26, 2011. Dkt. 11. Per Local Rule 7-3(a) Plaintiff's Response was due by Monday, October 11, 2011. No Response was filed. On October 14, 2011, the Court ordered Plaintiff to show cause by Friday, October 21, 2011 why this action should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b), along with any other materials he wished the Court to consider in opposition to the Motion to Dismiss. Dkt. 15. As of this date, Plaintiff has not filed any Response, either to the Order to Show Cause or the Motion to Dismiss. Therefore, this case is hereby DISMISSED for failure to prosecute pursuant to Federal Rule 41(b).

**IT IS SO ORDERED.**

Dated: October 28, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\4646\Order Dismissing for Failure to Prosecute.wpd