**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESARIO OCAMPO,<br><br>    Plaintiff,<br><br>  v.<br><br>US BANCORP, et al.,<br><br>    Defendants. | No. C 11-04646 CRB<br><br>**JUDGMENT** |

The Court, having dismissed this case for failure to prosecute pursuant to Federal Rule 41(b) and for failure to comply with this Court's Order to Show Cause, hereby enters Judgment in Defendants' favor against Plaintiffs.

**IT IS SO ORDERED.**

Dated: October 28, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE